**Conrad O. GARDNER, Plaintiff–Appellant,**

v.

**TOYOTA MOTOR CORPORATION and Toyota Motor Sales, U.S.A., Inc., Defendants–Appellees.**

**No. 2011–1005.**

United States Court of Appeals, Federal Circuit.

Dec. 21, 2010.

John W. Hathaway, John W. Hathaway, PLLC, Seattle, WA, for Plaintiff–Appellant.

Thomas W. Winland, James R. Barney, Elizabeth D. Ferrill, Finnegan, Henderson, Farabow, Washington, DC, for Defendants–Appellees.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).